United States District Court
Southern District of Texas
**ENTERED**
March 11, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCISCO PAULIN, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-2725 |
| | § | |
| ASI LLOYDS, | § | |
|     Defendant. | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been informed that a settlement has been reached in this case. *See* ADR Memorandum [Doc. # 13]. As a result, it is hereby

**ORDERED** that this case is **DISMISSED without prejudice** to reinstatement of Plaintiffs' claims if any party represents to the Court on or before **April 11, 2016**, that the settlement could not be completely documented.

SIGNED at Houston, Texas, this **11th** day of **March, 2016**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2015\2725Conditional.wpd   160311.0845