IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCISCO PAULIN & | § | |
| CLAUDIA PAULIN | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-02725 |
| | § | |
| | § | |
| ASI LLOYDS | § | |
| | § | |

## PARTIES' AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Francisco Paulin and Claudia Paulin ("Plaintiffs"), and Defendant, ASI Lloyds ("Defendant"), file this Agreed Motion to Dismiss with Prejudice and respectfully show the following:

### I.
### PROCEDURAL POSTURE

Plaintiffs sued their homeowner's insurance carrier for coverage under the insurance policy, based upon damages allegedly sustained as a result of a water damage at the residence located at 12714 Rio Quatro Drive, Houston, Texas 77045. The insurance policy is identified as Policy Number TXL268657 issued by ASI Lloyds with Effective Dates of 1/26/14 to 1/26/15. Plaintiffs and Defendant have entered into a confidential settlement to amicably resolve any and all alleged claims and damages. Defendant denies all liability to Plaintiffs.

### II.
### AGREED MOTION TO DISMISS

Because this case has been amicably settled in respect to any and all claims asserted by Plaintiffs or which could have been asserted by Plaintiffs, the Parties respectfully request that this Court would

dismiss this case with prejudice with each party bearing its own respective costs and attorneys' fees. A proposed Agreed Order of Dismissal With Prejudice is attached.

### III.
### PRAYER

Based upon the foregoing, Plaintiffs and Defendant respectfully pray that this Court will sign the attached Agreed Order of Dismissal With Prejudice.

Respectfully submitted,
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

By: _____

LaDonna G. Schexnyder
Texas Bar No. 24072938
9311 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70810
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-Mail: lschexnyder@lawla.com
**ATTORNEYS FOR DEFENDANT,**
**ASI LLOYDS**

**Agreed**

_____

Brad T. Wyly
Texas Bar No. 24042198
Federal ID No. 37505
Michael J. Bins
Texas Bar No. 24080792
Federal ID No. 2405730
WYLY & COOK, LLP
4101 Washington Avenue
Houston, Texas 77007
Telephone: (713) 236-8330
Facsimile: (713) 863-8502
**ATTORNEYS FOR PLAINTIFFS,**
**FRANCISCO PAULIN AND CLAUDIA PAULIN**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above pleading has been forwarded via facsimile on this the 28th day of ____March____, 2016 to:

Mr. Brad T. Wyly
Mr. Michael J. Bins
Wyly & Cook, LLP
4101 Washington Avenue
Houston, TX  77007

LaDonna G. Schexnyder