United States District Court
Southern District of Texas
**ENTERED**
March 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCISCO PAULIN & CLAUDIA PAULIN | § § § § | |
| v. | § § § | CIVIL ACTION NO. 4:15-cv-02725 |
| ASI LLOYDS | § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, CAME TO BE CONSIDERED, Parties' Agreed Motion to Dismiss with Prejudice. Having considered the agreed motion based upon a confidential settlement entered between Francisco Paulin and Claudia Paulin ("Plaintiffs"), and Defendant, ASI Lloyds ("Defendant"), the Court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by Plaintiffs against Defendant.

IT IS FURTHER ORDERED that each Party shall bear their/its own respective costs and attorneys' fees.

SIGNED THIS 29th day of March

By: _____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

Agreed:
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

_____
LaDonna G. Schexnyder
Texas Bar No. 24072938
9311 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70810

Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-Mail: lschexnyder@lawla.com
**ATTORNEYS FOR DEFENDANT,
ASI LLOYDS**

AND

_____
Brad T. Wyly
Texas Bar No. 24042198
Federal ID No. 37505
Michael J. Bins
Texas Bar No. 24080792
Federal ID No. 2405730
WYLY & COOK, LLP
4101 Washington Avenue
Houston, Texas 77007
Telephone: (713) 236-8330
Facsimile: (713) 863-8502
**ATTORNEYS FOR PLAINTIFFS,
FRANCISCO PAULIN AND CLAUDIA PAULIN**